IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| EQT CORPORATION, | ) Civil Action No. 2:25-CV-832-RJC-CBB |
| Plaintiff, | ) |
| vs. | ) United States District Judge<br>) Robert J. Colville |
| ROBERT R. WINGO, | ) United States Magistrate Judge<br>) Christopher B. Brown |
| Defendant, | ) |

**ORDER**

AND NOW, this 3rd day of October, 2025,

As set forth in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that Defendant Robert R. Wingo's Motion to Stay (ECF No. 30) is GRANTED in part, and under the first-filed rule, the case is STAYED until the District Court for the Northern District of Oklahoma in the "sister" case at Civil Action No. 4:25-cv-00304-SEH-SH makes its decision on the appropriate forum and the validity of the forum-selection clause under the Executive Severance Plan.

IT IS FURTHER ORDERED that the remaining pending Motions, including the Motion for Preliminary Injunction (ECF No. 5), the Motion to Dismiss/Transfer (ECF No. 30), and the Renewed Motion to Expedite (ECF No. 34), will be dismissed <u>without prejudice</u> for the parties to refile once the stay is lifted.

BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge